DANIEL HILL, ESQ.
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
(702) 848-5000
dan@hillfirmlawyers.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON MAIER,<br><br>Defendant. | Case No. 2:22-mj-00284-EJY<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Jason Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for Defendant Jason Maier, that the Defendant's initial appearance be continued to the Court's next available initial appearance calendar.

The Stipulation is entered into for the following reasons:

1.    Mr. Maier is out of custody and agrees to this request.

2.    Defense counsel is scheduled for an all-day bench trial in North Las Vegas Justice Court in State of Nevada v. Eisa Osman beginning at 9:30AM on the day currently scheduled for initial appearance in this case.

3.    The additional time requested is not for the purposes of delay, but to accommodate an unavoidable conflict in defense counsel's court schedule.

///

///

///

4.      Accordingly, the parties hereby stipulate to continue Defendant Jason Maier's initial appearance to the Court's next available initial appearance calendar.

DATED this 18th day of May 2022.

By: */s/ Mina Chang*
MINA CHANG
*Counsel for the Government*

By: */s/ Daniel Hill*
DANIEL HILL
*Counsel for the Defendant*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JASON MAIER,<br><br>        Defendant. | Case No. 2:22-mj-00284-EJY<br><br>**ORDER** |

This matter comes before the Court on the parties' stipulation to continue Defendant Jason Maier's initial appearance to the Court's next available initial appearance calendar. Based upon the stipulation and good cause appearing,

IT IS HEREBY ORDERED that the initial appearance currently scheduled for 11:00AM on May 19, 2022, be vacated and continued to June 23, 2022 at 11:00 a.m. in Courtroom 3D.

DATED:  May 18, 2022.


_____
U.S. MAGISTRATE JUDGE