# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON MAIER,<br><br>Defendant. | 2:22-mj-00284-EJY<br><br>ORDER |

Based on the stipulation and good cause appearing,

IT IS HEREBY ORDERED that trial in the above-captioned matter currently scheduled for October 5, 2022 at 9:00 a.m., be vacated and continued to January 18, 2023 at 9:00 a.m. in Courtroom 3D.

DATED October 5, 2022

_____
THE HON. ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE

3