# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-mj-00284-EJY |
| Plaintiff, | ORDER |
| vs. | |
| JASON MAIER, | |
| Defendant. | |

Based on the stipulation and good cause appearing,

IT IS HEREBY ORDERED that trial in the above-captioned matter currently scheduled for January 18, 2023 at 9:00 a.m., be vacated and continued to Wednesday, May 3, 2023 at 9:00 a.m in Courtroom 3D.

DATED: January 17, 2023

_____
THE HON. ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE

1